MOORE REALTY CORPORATION, Respondent, *v.* W. W. WETMORE CORPORATION, Defendant, and MURPHY DOOR BED COMPANY, INC., Appellant.

(Submitted October 9, 1930; decided October 24, 1930.)

*Frank Gibbons* for appellant.

*Arthur J. Adler* and *H. Edson Webster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.